UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL LYNN WEST, JR,

Plaintiff,

v.

JOHN DOE, SPOKANE COUNTY JAIL,

Defendant.

Case No. 2:26-cv-01787-TL-TLF

ORDER

Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's complaint, and this action, are DISMISSED without prejudice.

(3) Plaintiff's motion to proceed IFP (Dkt. 1) is DENIED.

(4) Plaintiff's proposed Motion to Appoint Counsel (Dkt. 4) is DENIED.

(5) The Clerk shall provide a copy of this order to plaintiff and to Judge Fricke.

Dated this 28th day of September, 2026.

TANA LIN
United States District Judge